ACCEPTED
06-15-00144-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/31/2015 1:34:46 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00144-CR

IN THE

SIXTH COURT OF APPEALS

OF TEXAS

TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/31/2015 1:34:46 PM
DEBBIE AUTREY
Clerk

Corey Hayes Parker,

APPELLANT

VS

THE STATE OF TEXAS,

APPELLEE

On appeal from the 196th Judicial District Court
Of Hunt County, Texas

Trial Court Cause No. 28,778 and 28,779

APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

## NO. 06-15-00144-CR

| | | |
|---|---|---|
| **COREY HAYES PARKER** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **6TH SUPREME JUDICIAL DISTRICT** |
| | § | |
| **STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES COREY HAYES PARKER, the Appellant in the above styled and numbered cause, and would respectfully request an extension of time for filing the Appellee's brief in said case pursuant to Rule 10.5 and Rule 38 of the Texas Rules of Appellate Procedure, and would respectfully show the following:

I.

Appellee's brief is due to be filed on or before the 31st day of December 2015.

II.

Appellee respectfully requests this Honorable Court to grant an extension of time to file the Appellant's Brief for additional thirty (30) days time from this date to complete and file his Opening, or until the 1st day of February 2016. In connection therewith, Appellant would show the following facts relied upon in good faith to show good cause to the Honorable Court of Appeals regarding this motion for extension of time:

Counsel for Appellant has been drafting a brief in another pending appellate case, namely 06-15-00119-CR that is due on January 13, 2016 and has had inadequate time to review and prepare an opening appellate brief in the present case since the record has been completed. The undersigned has corresponded with Appellant prior to the completion of the record and expects to correspond further with Appellant prior to submitting a brief in this cause. Counsel for Appellee does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests and prays that the Honorable Court of Appeals grant an extension of thirty (30) days or until February 1, 2016 in which the Appellant may complete and file his brief.

Respectfully submitted,

Peter I. Morgan
Counsel For Appellant
State Bar No 14451700
P.O. Box 984
Greenville, Texas 75403
pmorgan@lawyermorgan.com
(903) 217-3671
(903) 642-0057 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all parties by hand delivery or regular mail.

Peter I. Morgan

## VERIFICATION

STATE OF TEXAS      §

COUNTY OF HUNT      §

       BEFORE ME, the undersigned Notary Public, on this day personally appeared PETER I. MORGAN, who being by me duly sworn on his oath deposed and said that he is duly qualified and authorized in all respects to make this affidavit; that he has read the above and foregoing Motion for Extension of Time for Filing Brief; and that every statement contained in the Motion is within his knowledge and true and correct.

_____
Peter I. Morgan

       SUBSCRIBED AND SWORN TO BEFORE ME on the __31__ day of December 2015, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

REBECCA BLEVINS
Notary Public, State of Texas
My Commission Expires
June 05, 2019

4